720 A.2d 472

COMMONWEALTH of Pennsylvania, Respondent,

v.

Robert BOYDEN, Sr., Petitioner.

Supreme Court of Pennsylvania.

Nov. 12, 1998.

## ORDER

PER CURIAM.

AND NOW, this 12th day of November, 1998, the Petition for Allowance of Appeal is granted limited to the issue of whether or not the trial court erred in denying the suppression motion.